STATE of Missouri, Respondent,

v.

Robert D. FRANKLIN, Appellant.

No. WD 69663.

Missouri Court of Appeals,
Western District.

Aug. 4, 2009.

Irene Karns, for Appellant.

831

Daniel N. McPherson, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

Robert Franklin appeals his conviction for possession of a controlled substance with intent to distribute, section 195.211, RSMo Cum.Supp.2008, and sentence as a prior and persistent drug offender to twenty-two years imprisonment. He contends that the trial court erred in overruling his *Batson* objection to the State's peremptory strike of a venireman, insufficient evidence was presented to support his conviction, and the trial court plainly erred in admitting evidence that his eight-month-old daughter was in the back seat of his vehicle during the police pursuit. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The conviction is affirmed. Rule 30.25(b).